UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**



APR 10 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CLYDE J. PINTO,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

No.   07-74607

Agency No. A070-582-939

ORDER

Before:  SCHROEDER and RAWLINSON, Circuit Judges.

Pinto's motion for voluntary dismissal of this petition for review (Docket Entry No. 66) is granted.  This petition for review is dismissed.  *See* Fed. R. App. P. 42(b).

We withdraw our memorandum disposition filed on November 14, 2013.